# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC., and CARDERM CAPITAL L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 01-3627 (JAG/MCA Consolidated) <br><br> And Coordinated Actions: <br> No. 02-1322 <br> No. 03-487 <br> No. 03-1179 <br> No. 03-1180 <br> No. 03-5108 <br> No. 03-5829 <br> No. 04-222 <br> No. 04-1064 <br> No. 04-1075 <br> No. 04-1076 <br> No. 04-1077 <br> No. 04-1078 <br> No. 04-1731 <br> No. 04-2305 <br> No. 04-3194 <br> No. 04-3944 <br> No. 05-4255 <br> No. 06-846 <br> No. 06-1277 <br> No. 07-2454 |

Case 2:01-cv-03627-JAG-MCA   Document 364   Filed 02/01/2008   Page 3 of

## AMENDED SCHEDULING ORDER

The parties to the above-captioned actions having appeared before the Court, by and through their respective counsel, for a conference on January 18, 2008, and for the reasons set forth on the record and good cause having been shown,

It is on this 11 day of March 2008,

**ORDERED THAT:**

1. The discovery schedule in the following matters coordinated for pre-trial purposes with Civil Action No. 01-3627 (including Nos. 01-3627, 02-1322, 03-487, 03-1179, 03-1180,

03-5108, 03-5829, 04-222, 04-1064, 04-1075, 04-1076, 04-1077, 04-1078, 04-1731, 04-2305, 04-3194, 04-3944, 05-4255, 06-846, 06-1277, 07-2454) is hereby amended and reset as follows:

| | |
|---|---|
| Fact Discovery cut-off: | February 29, 2008 |
| Initial Expert reports: | April 14, 2008 |
| Responsive expert reports: | June 16, 2008 |
| Rebuttal expert reports:<br>(limited to issues of secondary indicia) | July 18, 2008 |
| Complete expert discovery: | September 16, 2008 |

Case 2:01-cv-03627-JAG-MCA   Document 364   Filed 02/01/2008   Page 4 of

2.   The above schedule governs discovery that was properly served within the discovery period which ended December 15, 2007, and which is presently outstanding in the above matters coordinated for pre-trial purposes with Civil Action No. 01-3627. No additional discovery will be noticed on or taken of the parties in those matters.

3.   A telephone conference will be held on ~~March 14, 2008~~ June 9, at 11:30 a.m.

SO ORDERED:

_____
Hon. Madeline Cox Arleo, U.S.M.J.